| HCDistrictclerk.com | VAZQUEZ, ALEJANDRO L vs. UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER | 6/29/2023 |
|---|---|---|
| | Cause: 202322383   CDI: 7   Court: 055 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 108870856 | Defendants' Original Answer and Defenses | | 06/26/2023 | 5 |
| | Defendants' Original Answer and Defenses | | 06/26/2023 | |
| 108759746 | Return of service of citation to David F. Johnson | | 06/20/2023 | 3 |
| 108761459 | Return of service of citation to University of Texas Health Science Center | | 06/20/2023 | 3 |
| 108268659 | Vazquez Citation Request | | 05/22/2023 | 1 |
| ·> 108268662 | Vazquez Citation Johnson | | 05/22/2023 | 2 |
| ·> 108268661 | Vazquez Citation UT Health | | 05/22/2023 | 1 |
| 107520160 | Plaintiff's Original Petition | | 04/10/2023 | 10 |