IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEJANDRO L. VAZQUEZ,<br>    *Plaintiff*,<br><br>vs.<br><br>UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER and DAVID F.<br>JOHNSON,<br>    *Defendants*. | CASE NO. _____ |

## DEFENDANTS' INDEX OF FILINGS

| 1. | 4/10/23 | Plaintiff's Original Petition |
|---|---|---|
| 2. | 5/22/23 | Plaintiff's Request for citations issued |
| 3. | 5/22/23 | Citation Issued to Defendant David F. Johnson |
| 4. | 5/22/23 | Citation Issued to Defendant University of Texas Health Science Center |
| 5. | 6/26/23 | Defendant's Original Answer |

Respectfully submitted.

**JOHN SCOTT**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

/s/ *Kirstin M. Erickson*
**KIRSTIN M. ERICKSON**
Texas Bar No. 24134194
Assistant Attorney General

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120
(512) 320-0667 FAX
kirstin.erickson@oag.texas.gov
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record on June 30, 2023, via the court's electronic filing system.

/s/ *Kirstin M. Erickson*
**KIRSTIN M. ERICKSON**