United States District Court
Southern District of Texas

**ENTERED**

February 16, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ALEJANDRO L. VASQUEZ, §
*Plaintiff,* §
§
V. §          CIVIL ACTION NO. 4:23cv2418
§
UNIVERSITY OF TEXAS HEALTH SCIENCE §
CENTER AND DAVID F. JOHNSON, §
*Defendants.* §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation dated January 25, 2024, (Dkt. 18) and the objections thereto (Dkt 17), the court is of the opinion that said Amended Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Amended Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that the Stay imposed by the court's August 16, 2023 Order (Dkt. 9) is **VACATED**.

**SIGNED** at Houston, Texas this _16th_ day of February, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE