Case 4:23-cv-02418   Document 46   Filed on 05/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEJANDRO L. VASQUEZ, *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO.: 4:23cv2418 |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AND DAVID F. JOHNSON, *Defendants*. | § § § § § |

## ORDER

The parties' joint pretrial order deadline is June 6, 2025 and docket call is set for June 13, 2025.[1] ECF 44. Defendant's Motion for Summary Judgment is pending before the Court. ECF 30. It is therefore

ORDERED that the above deadlines are vacated. It is further

ORDERD that this case will be reset for docket call before District Judge Sim Lake at least 30 days from entry of a Memorandum and Recommendation on the Motion for Summary Judgment.

Signed on May 07, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 10.