United States District Court
Southern District of Texas
**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO L. VASQUEZ, *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv2418 |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AND DAVID F. JOHNSON, *Defendants* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 13, 2025 (Dkt. 47) and the objections thereto (Dkt. 48), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __2d__ day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE