United States District Court
Southern District of Texas
**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO L. VASQUEZ, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv2418 |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AND DAVID F. JOHNSON, *Defendants* | § § § § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED** in their entirely **WITH PREJUDICE** and Plaintiff shall take nothing on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this 2d day of June, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE